**Fill in this information to identify the case**

Debtor name  **The Longaberger Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)  **18-32124-HDH**

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                    **Current value of debtor's interest**

2.  **Cash on hand**                                                                                                        **$0.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | |
|---|---|---|---|---|---|---|---|
| 3.1. | **Checking account** **Century National Bank** | **Checking account** | **0** | **9** | **9** | **6** | **$0.00** |
| 3.2. | **Checking account** **BBVA Compass** | **Checking account** | **0** | **7** | **3** | **8** | **$0.00** |
| 3.3. | **Checking account** **BBVA Compass** | **Checking account** | **7** | **4** | **7** | **3** | **$0.00** |
| 3.4. | **Checking account** **BBVA Compass** | **Checking account** | **7** | **5** | **1** | **1** | **$0.00** |
| 3.5. | **Checking account** **BBVA Compass** | **Checking account** | **7** | **5** | **7** | **0** | **$0.00** |
| 3.6. | **Checking account** **BBVA Compass** | **Checking account** | **9** | **2** | **8** | **4** | **$0.00** |

Debtor   __The Longaberger Company__                          Case number (if known)  __18-32124-HDH__
         Name

**4.**   **Other cash equivalents**   *(Identify all)*

         Name of institution (bank or brokerage firm)

**5.**   **Total of Part 1**
         Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.      | **$0.00** |

---

### Part 2:  Deposits and prepayments

**6.**   **Does the debtor have any deposits or prepayments?**

         ☒  No.  Go to Part 3.
         ☐  Yes. Fill in the information below.

                                                                                      **Current value of
                                                                                      debtor's interest**

**7.**   **Deposits, including security deposits and utility deposits**

         Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

         Description, including name of holder of prepayment

**9.**   **Total of Part 2.**
         Add lines 7 through 8.  Copy the total to line 81.                                       | **$0.00** |

---

### Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

         ☐  No.  Go to Part 4.
         ☒  Yes. Fill in the information below.

                                                                                      **Current value of
                                                                                      debtor's interest**

**11.**  **Accounts receivable**

| 11a. | 90 days old or less: | **$0.00** | – | **$0.00** | = ············ ➔ | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$29,795.42** | – | **$0.00** | = ············ ➔ | **$29,795.42** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                  | **$29,795.42** |

---

### Part 4:  Investments

**13.**  **Does the debtor own any investments?**

         ☐  No.  Go to Part 5.
         ☒  Yes. Fill in the information below.

                                                          **Valuation method        Current value of
                                                          used for current value    debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

         Name of fund or stock:

---

Debtor    **The Longaberger Company**                Case number (if known)  **18-32124-HDH**
_____
Name

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

|  | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1. | **TMRCL Holding Co** | **100%** | | **$0.00** |
| 15.2. | **TMRCL Holding, LLC** | **100%** | | **$0.00** |
| 15.3. | **The Longaberger Company Canada** | **100%** | | **$0.00** |

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                $0.00

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **Baskets**<br>**See Attached Exhibit "A"**<br>**COGS is 23%.  Assuming that,**<br>**retail value is approximately**<br>**$10,910,252.** | **06/20/2018** | | **Cost Basis** | **$2,509,358.00** |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                **$2,509,358.00**

**24.  Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No.  Go to Part 8.
    ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| Furniture and Equipment | | | $100,985.94 |
|---|---|---|---|

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| Software | | | $1,187,674.36 |
|---|---|---|---|

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $1,288,660.30 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|
| | Name | | |

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.

☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☒ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Muskingum County, Ohio**<br>**APN 10-04-06-01-000**<br>Land | Fee Simple | | | $100,000.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$100,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|---|---|---|---|
| | Name | | |

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademarks** | | | **$15,000.00** |
| **61. Internet domain names and websites** | | | |
| **Domain Names** | | | **$5,000.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Customer Lists** | | | **$20,000.00** |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$40,000.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

Debtor    **The Longaberger Company**                                    Case number (if known)   **18-32124-HDH**
          _____
          Name

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**JRJR33, Inc.d/b/a JRJR Networks v. Tamala Longaberger, Individually and as Trustee under the Tamala L. Longaberger Revocable Trust Case # DC-16-12594. A copy of the Petition (w/o exhibits) is attached Exhibit "B".**                                                              **$10,000,000.00**

Nature of claim          **Breach of Reps & Warranties**

Amount requested        **$10,000,000.00**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                              **$10,000,000.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor __The Longaberger Company_____    Case number (if known) __18-32124-HDH__
       Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,795.42 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,509,358.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,288,660.30 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................➔ | | $100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $40,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $13,867,813.72 | +   91b.   $100,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................... **$13,967,813.72**

**Fill in this information to identify the case:**

Debtor name  **The Longaberger Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **18-32124-HDH**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                           12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $13,864,989.00

| Debtor | **The Longaberger Company** | Case number (if known) **18-32124-HDH** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

**Creditor's name**
**JGB Collateral LLC**

**Describe debtor's property that is**
**subject to a lien**

**$5,264,989.00**     **$3,867,813.72**

**Creditor's mailing address**
**2 Charles Street Westport CT**

**All Assets**

**Describe the lien**

**Agreement**

**Westport**        **CT**    **06880**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**    **10/19/2017**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account**
**number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in**
**the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Specify each creditor, including this
creditor, and its relative priority.

**For Accounts Receivable: 1) JGB**
**Collateral LLC.  For The**
**Longaberger Company Canada: 1)**
**JGB Collateral LLC.  For TMRCL**
**Holding Co: 1) JGB Collateral LLC.**
**For TMRCL Holding, LLC: 1) JGB**
**Collateral LLC.  For Baskets See**
**Attached Exhibit "A" COGS is 23%.**
**Assuming that: 1) JGB Collateral**
**LLC; 2) Richmont Capital Partners.**
**For Furniture and Equipment: 1) JGB**
**Collateral LLC.  For Software: 1)**
**JGB Collateral LLC.  For**
**Trademarks: 1) JGB Collateral LLC.**
**For Domain Names: 1) JGB**
**Collateral LLC.  For Customer Lists:**
**1) JGB Collateral LLC.**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

| **Part 1:** | **Additional Page** | | Column A | Column B |

| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the | **that supports** |
| | | | value of collateral. | **this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name
**Richmont Capital Partners**

Creditor's mailing address
**2950 North Harwood St. Suite 2200**

_____

**Dallas TX              TX     75201**

Creditor's email address, if known

_____

Date debt was incurred     **10/1/2016 - 3/1/2**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
   specified on lines **2.1**

Describe debtor's property that is
subject to a lien                              **$8,600,000.00**      **$2,509,358.00**

**All Assets**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **The Longaberger Company** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-32124-HDH** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. **Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
       claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,170.00** |

**1099 Express Service Bureau LLC**

**512 Wood Lake Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**McQueeney**             **TX**    **78123**

| Date or dates debt was incurred | **6/6/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,650.00** |

**Accessa Coatings Solutions**

**1034 East New York Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Indianapolis**             **IN**    **46202**

| Date or dates debt was incurred | **10/15/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,310.00** |

**Action Temporary Services Inc**

**2239 Maple Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Zanesville**             **OH**    **47301**

| Date or dates debt was incurred | **9/9/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,180.00** |

**Advanced Flexible Composites**

**14 Walter Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lake in the Hills**             **IL**    **60156**

| Date or dates debt was incurred | **12/3/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|--------|------------------------------|-------------------------|-------------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5** | Nonpriority creditor's name and mailing address

**AEP Energy**

**301 Cleveland Ave. SW**

**Cleveland**          **OH**    **44702**

Date or dates debt was incurred          **1/1/2018**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$52,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Air Technologies Inc**

**2300 Skyline Drive**

**Mesquite**          **TX**    **75149**

Date or dates debt was incurred          **7/15/2015**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$265.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**All Star Adhesive Products**

**30 Cutler Street**

**Warren**          **RI**    **02885**

Date or dates debt was incurred          **9/15/2016**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$760.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**American Express**

**200 Vesey Street**

**New York City**          **NY**    **10285**

Date or dates debt was incurred          **12/1/2017**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,265.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.9** | Nonpriority creditor's name and mailing address |

**American Light Company Inc.**

**122 Main Street**

**Zanesville**      **OH**      **43701**

Date or dates debt was incurred     **12/31/2017**

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,475.00**

---

| **3.10** | Nonpriority creditor's name and mailing address |

**American Producers Supply Co**

**119 Second Street**

**Marietta**      **OH**      **45750**

Date or dates debt was incurred     **2/12/2017**

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,202.00**

---

| **3.11** | Nonpriority creditor's name and mailing address |

**American Wood Fibers, Inc.**

**2500 Owens Road**

**Circleville**      **OH**      **43113**

Date or dates debt was incurred     **1/1/2017**

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$200.00**

---

| **3.12** | Nonpriority creditor's name and mailing address |

**Andrew Wolfe**

**84 Amberly Road**

**Granville**      **OH**      **43023**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages, Salaries and Commissions**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,474.00**

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|---|---|---|---|

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**Angstrom Graphics**

**4437 East 49th street**

**Cleveland**                                    **OH        44125**

Date or dates debt was incurred     **12/31/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$30,840.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Ann Freniere**

**9775 Dutch School Road**

**Dresden**                                    **OH        42821**

Date or dates debt was incurred     **8/8/2016**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$555.00**

---

**3.15** Nonpriority creditor's name and mailing address

**ARTA Travel**

**5700 West Plano Parkway #1400**

**Plano**                                    **TX        75093**

Date or dates debt was incurred     **1/1/2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$30,605.00**

---

**3.16** Nonpriority creditor's name and mailing address

**ASCAP**

**21678 Network Place**

**Chicago**                                    **IL        60673-1216**

Date or dates debt was incurred     **01/1/2014 - 01/1/2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,914.00**

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**  Nonpriority creditor's name and mailing address

AT&T Corp.

c/o Assayag & Mauss

2915 Redhill Ave., Suite 200

Costa Mesa                    CA        92626

Date or dates debt was incurred        12/1/2017

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$79,000.00

**3.18**  Nonpriority creditor's name and mailing address

Beauregard Parrish Sherriffs

412 Bolivar Bishop Drive

DeRidder                    LA        70634

Date or dates debt was incurred        3/1/2018

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

**3.19**  Nonpriority creditor's name and mailing address

BMO Harris Bank

111 West Monroe Street

Chicago                    IL        60603

Date or dates debt was incurred        12/15/2017

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$63,390.00

**3.20**  Nonpriority creditor's name and mailing address

Bossier City Parrish

620 Benton Road

Bossier City                    LA        71111

Date or dates debt was incurred        3/1/2018

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5.00

Debtor    **The Longaberger Company**

Case number (if known) **18-32124-HDH**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

**Brenton Baker**

**6190 Southview Drive**

_____

**Nashport**      **OH**    **43830**

Date or dates debt was incurred    **5/15/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,000.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Bruce Smith**

**11747 KY Highway 698**

_____

**Hustonville**      **KY**    **40437-9165**

Date or dates debt was incurred    **1/22/2017 - 4/3/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,418.53**

---

**3.23** Nonpriority creditor's name and mailing address

**BSL - Applied Laser Technology**

**2953,4560 Johnston Parkway**

_____

**Cleveland**      **OH**    **44128**

Date or dates debt was incurred    **12/1/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,615.00**

---

**3.24** Nonpriority creditor's name and mailing address

**BSL GEM LASER EXPRESS**

**45929 Maries Road Suite 180**

_____

**Dulles**      **VA**    **20166**

Date or dates debt was incurred    **12/1/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$250.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Buff Lo Dips**

**200 West Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **McArthur** | **OH** | **45651** |

Date or dates debt was incurred   **3/1/2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,105.00** |

**Bureau Veritas Consumer**

**1000 Jupiter Road Suite 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Plano** | **TX** | **75081** |

Date or dates debt was incurred   **1/1/2017**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.00** |

**Bureu of Workers Compensation Insurance**

**13430 Yarmouth Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Pickerington** | **OH** | **43147** |

Date or dates debt was incurred   **12/31/2017**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,740.00** |

**C Digital Markets LLC**

**2529 Washington Boulevard**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Baltimore** | **MD** | **21230** |

Date or dates debt was incurred   **1/1/2017**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**  Nonpriority creditor's name and mailing address

**Cadre Computer Resources Inc**

**201 East Street #1800**

**Cincinnati**              **OH      45202**

Date or dates debt was incurred       **2/2/2017**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,230.00**

**3.30**  Nonpriority creditor's name and mailing address

**Cameron Refuse**

**2502 Country Club Drive**

**Cameron Park**           **CA      95682**

Date or dates debt was incurred       **1/1/2016**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

**3.31**  Nonpriority creditor's name and mailing address

**Card Services**

**??**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,710.00**

**3.32**  Nonpriority creditor's name and mailing address

**CENTURYLINK**

**2323 Bryan Street**

**Dallas**                **TX      75201**

Date or dates debt was incurred       **5/1/2017**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,670.00**

Debtor    **The Longaberger Company**                Case number (if known)    **18-32124-HDH**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |

**Chase Cardmember Services**

**PO Box 15298**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$6,085.00**

**Wilmington**                **DE**    **19850**

Date or dates debt was incurred    **6/1/2017**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address |

**Chem-Graphic Inc**

**340 State Street**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,965.00**

**Ludlow**                **MA**    **01056**

Date or dates debt was incurred    **3/15/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address |

**CIGNA Heathcare**

**440 Polaris Parkway Suite 300**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$23,970.00**

**Columbus**                **OH**    **43240**

Date or dates debt was incurred    **12/31/2017**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address |

**City  of Thorton**

**9500 Civic Center Drive**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$10.00**

**Thornton**                **CO**    **80229**

Date or dates debt was incurred    **3/1/2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.00** |

*Check all that apply.*

**City & County of Broomfield**

**One Descombes Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Broomfield** | **CO** | **80020** |

Date or dates debt was incurred    **3/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** |

*Check all that apply.*

**City Borough of Juneau**

**155 South Seward Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Juneau** | **AK** | **99801** |

Date or dates debt was incurred    **3/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.00** |

*Check all that apply.*

**City of Aurora**

**130 South Chillicothee Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Aurora** | **OH** | **44202** |

Date or dates debt was incurred    **3/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$335.00** |

*Check all that apply.*

**City of Centennial**

**13133 East Aprapahoe Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Centennial** | **CO** | **80112** |

Date or dates debt was incurred    **1/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

Debtor   **The Longaberger Company**                                                Case number (if known)   **18-32124-HDH**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**   Nonpriority creditor's name and mailing address

**City of Chandler**

**P.O. Box 4008**

**Chandler**                    **AZ**      **85224**

Date or dates debt was incurred      **3/1/2018**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$115.00**

**3.42**   Nonpriority creditor's name and mailing address

**City of Colorado Springs**

**30 South Nevada Avenue**

**Colorado Springs**           **CO**      **80903**

Date or dates debt was incurred      **3/1/2018**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$35.00**

**3.43**   Nonpriority creditor's name and mailing address

**City of Englewood**

**1000 Englewood Parkway**

**Englewood**                   **CO**      **80110**

Date or dates debt was incurred      **3/1/2018**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5.00**

**3.44**   Nonpriority creditor's name and mailing address

**City of Ft. Collins**

**300 Laporte Avenue**

**Ft. Collins**                   **CO**      **80521**

Date or dates debt was incurred      **3/1/2018**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$95.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.45** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5.00**

**City of Longmont**

**350 Kimbark Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

| **Longmont** | **CO** | **80501** |

**Date or dates debt was incurred**    **3/1/2018**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| **3.46** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5.00**

**City of Mesa**

**P.O. Box 1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

| **Mesa** | **AZ** | **85211** |

**Date or dates debt was incurred**    **3/1/2018**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| **3.47** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$25.00**

**City of New Orleans**

**1300 Perdido Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

| **New Orleans** | **LA** | **70112** |

**Date or dates debt was incurred**    **3/1/2018**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| **3.48** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5.00**

**City of OF Arvadof**

**8101 Ralsotn Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

| **Arvada** | **CO** | **80002** |

**Date or dates debt was incurred**    **3/1/2018**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

Debtor    **The Longaberger Company**                                Case number (if known)  **18-32124-HDH**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**City of Phoenix**

**200 West Wshington Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$9.00**

Basis for the claim:

| Phoenix | AZ | 85003 |
|---|---|---|

Date or dates debt was incurred    **3/1/2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**City of Wheat Ridge**

**7500 West 29th Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$15.00**

Basis for the claim:

| Wheat Ridge | CO | 80033 |
|---|---|---|

Date or dates debt was incurred    **3/1/2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Clendenin Brothers Inc**

**4309 Erdman Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,235.00**

Basis for the claim:

| Baltimore | MD | 21213 |
|---|---|---|

Date or dates debt was incurred    **9/6/2017**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Clifton Larson Allen**

**5001 Spring Valley Road #600W**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,950.00**

Basis for the claim:

| Dallas | TX | 75244 |
|---|---|---|

Date or dates debt was incurred    **1/1/2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Debtor    **The Longaberger Company**                          Case number (if known) **18-32124-HDH**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*                    **$245,893.00**

**CMS Solutions Credit Card Chargebacks**

☐ Contingent

**1471 South 1800 East**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Salt Lake City                    UT        84058**

Date or dates debt was incurred    5/8/2018

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*                    **$50,700.00**

**Columbia Forest Products**

☐ Contingent

**7900 McCloud Road Suite 200**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Greensboro                    NC        27409**

Date or dates debt was incurred    3/20/2017

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*                    **$586,000.00**

**Commonwealth of Pennsylvania**

☐ Contingent

**PO Box 280905**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Harrisburg                    PA        17128-0905**

Date or dates debt was incurred    5/1/2016

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*                    **$138,000.00**

**Commonwealth of Virginia**

☐ Contingent

**1957 Westmoreland Street**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Richmond                    VA        23230**

Date or dates debt was incurred    3/31/3017

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 15

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

**Cookie Sheldon**

**1824 Stowe Road**

**Ashtabula**              **OH     44004**

Date or dates debt was incurred     **1/1/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

**Coyote Logistics LLC**

**2545 West Diversy Avenue 3rd Floor**

**Chicago**              **IL     60647**

Date or dates debt was incurred     **3/15/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,525.00**

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

**Craters & Freighters**

**2220 Merritt Drive #200**

**Garland**              **OH     75041**

Date or dates debt was incurred     **1/1/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,690.00**

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

**Crexendo Business Solutions**

**34269 Tupelo Street**

**Fremont**              **CA     94555**

Date or dates debt was incurred     **12/31/2016**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$10,005.00**

Debtor   **The Longaberger Company**                                          Case number (if known) __18-32124-HDH__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                          Amount of claim

| | |
|---|---|

**3.61** Nonpriority creditor's name and mailing address

**Crossroads Oringinal Designs LTD**

**115 Crossroads Blvd.**

**Bucyrus**                          **OH**   **44820**

Date or dates debt was incurred   __8/1/2016__

Last 4 digits of account number   __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$21,695.00**

---

**3.62** Nonpriority creditor's name and mailing address

**Cullman County**

**500 Second Avenue SW**

**Cullman**                          **AL**   **35055**

Date or dates debt was incurred   __3/1/2018__

Last 4 digits of account number   __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$5.00**

---

**3.63** Nonpriority creditor's name and mailing address

**Curbell Plastics Inc**

**2900 East Pioneer Parkway**

**Arlington**                          **TX**   **76010**

Date or dates debt was incurred   __12/1/2016__

Last 4 digits of account number   __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,645.00**

---

**3.64** Nonpriority creditor's name and mailing address

**DATABANK Holdings LTD**

**400 South Akard Street**

**Dallas**                          **TX**   **75202**

Date or dates debt was incurred   __12/31/2017__

Last 4 digits of account number   __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$18,540.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$285.00** |

**DB Gurney Co**

**746 Washington Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Whitman | MA | 02382 |

Date or dates debt was incurred    **6/1/2017**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.00** |

**DC Treasurer**

**1275 K Street NW**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Washington | DC | 20005 |

Date or dates debt was incurred    **3/1/2018**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$75,000.00** |

**De Lage Landen Financial**

**c/o Ziegler Metzger LLP**

**1111 Superior Ave., Suite 1000**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Cleveland | OH | 44114 |

Date or dates debt was incurred    **2/10/2016**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,390.00** |

**Dimension Hardwood Veneer**

**509 Woodville Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Edon | OH | 43518 |

Date or dates debt was incurred    **11/1/2017**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
| --- | --- | --- | --- |

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.69** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Donna Jenkins**

**361 Freeborn Avenue**

| **Zanesville** | **OH** | **43701** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$105.00**

---

| **3.70** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Duncan, Green, Brown & Langene**

**Capital Square 400 Locust Street**

| **Des Moines** | **IA** | **50309** |
| --- | --- | --- |

Date or dates debt was incurred    **6/12/2017**

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,470.00**

---

| **3.71** | Nonpriority creditor's name and mailing address |
| --- | --- |

**East Central Ohio Business Park**

**14 North Park Place**

| **Newark** | **OH** | **43055** |
| --- | --- | --- |

Date or dates debt was incurred    **6/20/2017**

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$60,440.00**

---

| **3.72** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Econo-Chem-Supply Inc**

**3085 Scioto Darby Executive Court**

| **Hilliard** | **OH** | **43026** |
| --- | --- | --- |

Date or dates debt was incurred    **8/1/2016**

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$335.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.73** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Ed Maxwell**

☐ Contingent
☐ Unliquidated
☐ Disputed

**704 Beech Street**

Basis for the claim:

**$305.00**

| **Warsaw** | **OH** | **43844** |

**Wages, Salaries and Commissions**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.74** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Electronics for Imaging Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3111 Canton Street**

Basis for the claim:

**$4,760.00**

| **Dallas** | **TX** | **75226** |

Date or dates debt was incurred   **12/1/2017**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.75** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**European Tooling Sustems Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**205 Creekside Drive**

Basis for the claim:

**$895.00**

| **Washington** | **NC** | **27889** |

Date or dates debt was incurred   **7/1/2017**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.76** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Fabri-Form Co Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**200 South Friendship Drive**

Basis for the claim:

**$9,035.00**

| **New Concord** | **OH** | **43762** |

Date or dates debt was incurred   **1/1/2017**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 |
|---|---|---|---|

**Fastenal Company**

**2078 Otsego Avenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Coshockton** | **OH** | **43812** |
|---|---|---|

Date or dates debt was incurred    **9/7/2017**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,500.00 |
|---|---|---|---|

**Fedeli Group**

**5005 Rockside Road Suite 500**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Independence** | **OH** | **44131** |
|---|---|---|

Date or dates debt was incurred    **12/15/2016**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $367,525.00 |
|---|---|---|---|

**FedEx**

**3610 Hacks Cross Road**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Memphis** | **TN** | **78738** |
|---|---|---|

Date or dates debt was incurred    **6/6/2016**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,495.00 |
|---|---|---|---|

**FedEx Freight East**

**1501 North Walton Walker Blvd.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75211** |
|---|---|---|

Date or dates debt was incurred    **6/30/2017**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81** Nonpriority creditor's name and mailing address

**Ferrell Gas LP**

**451 National Road SE**

**Hebron**                     **OH      43025**

Date or dates debt was incurred     **12/1/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,280.00**

**3.82** Nonpriority creditor's name and mailing address

**Filter Technologies, Inc.**

**3150 West 36th Place**

**Chicago**                     **IL      60632**

Date or dates debt was incurred     **12/1/2016**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$230.00**

**3.83** Nonpriority creditor's name and mailing address

**Fitzpatrick & Weller**

**12 Mill Street**

**Ellicottville**                     **NY      14731**

Date or dates debt was incurred     **8/12/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$60,450.00**

**3.84** Nonpriority creditor's name and mailing address

**Florida Dept. of Revenue**

**2450 Shumard Oak Blvd.**

**Tallahassee**                     **FL      32311**

Date or dates debt was incurred     **1/1/2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,855.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

Check all that apply.

**Fournier Rubber  & Supply Co**

**4849 Evanswood Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,215.00**

**Basis for the claim:**

**Colombus**          OH      43229

Date or dates debt was incurred      **8/8/2017**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

Check all that apply.

**Frueh Eastpointe, LLC**

**4005 All American Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:**
**Contract/Lease**

**Zanesville**        OH      43701

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

**Warehouse**
**Lease ends 1/26/2020**

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

Check all that apply.

**Gary Roswell**

**c/o Applied Laser Technology 2953 4560 J**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,720.00**

**Basis for the claim:**

**Cleveland**        OH      44128

Date or dates debt was incurred      **1/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

Check all that apply.

**Gayla Johnsen**

**1525 Plainview Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,904.00**

**Basis for the claim:**

**Seward**          NE      68434

Date or dates debt was incurred      **12/1/2016 - 4/30/2018**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

Debtor    **The Longaberger Company**    Case number (if known)    **18-32124-HDH**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**General Roll Leaf Mfg Co**

**P.O. Box 357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Stottville**                    **NY    12172**

Date or dates debt was incurred    **1/1/2016**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,265.00** |
|---|---|---|---|

**Georgia Income Tax Division**

**1800 Century Boulevard NE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Altanta**                    **GA    30345**

Date or dates debt was incurred    **12/31/2018**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,925.00** |
|---|---|---|---|

**GM Specialities Inc**

**1 Commercial Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Scarborough**                    **ME    04074**

Date or dates debt was incurred    **8/7/2015**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,900.00** |
|---|---|---|---|

**Goodman Veneer & Lumber**

**200 C Avenue**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Goodman**                    **WI    54125**

Date or dates debt was incurred    **6/22/1017**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93** Nonpriority creditor's name and mailing address

**Gottlieb Johnston Beam**

**320 Main Street**

**Zanesville**      **OH**    **43701**

Date or dates debt was incurred   **12/1/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$12,700.00**

---

**3.94** Nonpriority creditor's name and mailing address

**Grainger Industrial**

**3640 Interchange Road**

**Columbus**      **OH**    **43204**

Date or dates debt was incurred   **3/15/2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$645.00**

---

**3.95** Nonpriority creditor's name and mailing address

**Granville High School**

**248 New Burg Street**

**Granville, OH 430263**

Date or dates debt was incurred   **1/1/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$350.00**

---

**3.96** Nonpriority creditor's name and mailing address

**Great Lakes Custom Tool Mfg**

**101 Old Peshtigo Road**

**Peshtigo**      **WI**    **54157**

Date or dates debt was incurred   **3/8/2017**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$1,465.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |

**Greg Lackland**

**4057 Kyndra Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Richardson** | **TX** | **75082** |

Date or dates debt was incurred    **3/20/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.00** |

**Gregory Kitchen**

**1400 Hi Line Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75207** |

Date or dates debt was incurred    **1/1/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Guernsey Muskingam Electirc**

**17 Liberty Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **New Concord** | **OH** | **43762** |

Date or dates debt was incurred    **1/1/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,565.00** |

**Gutridge Plumbing Inc**

**5490 88S Second Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Newark** | **OH** | **43055** |

Date or dates debt was incurred    **8/12/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101** Nonpriority creditor's name and mailing address

**Harry and David**

**2500 South Pacific Highway`**

**Medford                    OR        97501**

Date or dates debt was incurred        **5/1/2018**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$8,320.00**

**3.102** Nonpriority creditor's name and mailing address

**Hellmann Worldwide Logistics**

**1200 Minters Chapel Road Suite 300**

**Grapevine                  TX        76051**

Date or dates debt was incurred        **5/6/2017**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$36,540.00**

**3.103** Nonpriority creditor's name and mailing address

**Hiland Wood Products**

**4955 TR401**

**Walnut Creek                OH        44687**

Date or dates debt was incurred        **5/12/2017**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$41,805.00**

**3.104** Nonpriority creditor's name and mailing address

**Hilscher Clarke Electric**

**572 South Third Street**

**Coshockton                  OH        43812**

Date or dates debt was incurred        **1/1/2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$25.00**

Debtor __**The Longaberger Company**_____    Case number (if known) __**18-32124-HDH**__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$500.00**

**Hittle Electric Inc**

**8160 Poplar Forks Rd SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Newark**                    **OH**    **43056**

Date or dates debt was incurred    **1/1/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$700.00**

**Home Plate Design**

**1009 Regency Cir**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Blue Bell**                    **PA**    **19422**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,370.00**

**IA Lodging Savannah Barnard TR**

**1400 Barnard Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Savannah**                    **GA**    **31401**

Date or dates debt was incurred    **1/1/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.108 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$345.00**

**Idaho State Tax Commission**

**P.O. Box 36**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Boise**                    **ID**    **83722**

Date or dates debt was incurred    **1/1/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **The Longaberger Company**                    Case number (if known)    **18-32124-HDH**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.109** Nonpriority creditor's name and mailing address

**Indiana Dept of Revenue**

**2217 100 North Senate Avenue #N248**

**Indianapolis**                    **IN**        **42604**

Date or dates debt was incurred    **12/1/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,990.00**

**3.110** Nonpriority creditor's name and mailing address

**International Paper Company**

**1851 Tamarack Road**

**Newark**                    **OH**        **43055**

Date or dates debt was incurred    **3/12/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,465.00**

**3.111** Nonpriority creditor's name and mailing address

**Isaacs Fluid Power Equipment Co**

**6091 Commerce Court**

**Mason**                    **OH**        **45040**

Date or dates debt was incurred    **3/1/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$5.00**

**3.112** Nonpriority creditor's name and mailing address

**Jennifer Frisbie**

**327 Union Street**

**Newark**                    **OH**        **43055**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$705.00**

Debtor    **The Longaberger Company**                          Case number (if known)   **18-32124-HDH**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.113**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$260.00**

**Jennifer Talvensaari**

☐ Contingent

**130 Elmwood Avenue**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Evanston**          IL      **60202**

**Wages, Salaries and Commissions**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.114**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Jim Lepi**

☐ Contingent

**600, 602, 606, 608 Main Street**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dresden**          OH      **43821**

**Contract/Lease**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Patio Shops**
**Ends 12/1/2019**

---

**3.115**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Jim Lepi**

☐ Contingent

**601 Main Street**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dresden**          OH      **43821**

**Contract/Lease**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Contract/Lease**
**Office Space**
**Ends 12/1/2019**

Debtor    **The Longaberger Company**                                Case number (if known) __18-32124-HDH__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.116 | Nonpriority creditor's name and mailing address |

**Joe Dinan**

**5270 Wilshire Dr.**

$1,250.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Zanesville**                    **OH**    **43701**

Basis for the claim:    **Wages, Salaries and Commissions**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.117 | Nonpriority creditor's name and mailing address |

**John Rochon**

**2950 N. Harwood Ste. 2200**

$1,655.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75201**

Basis for the claim:

Date or dates debt was incurred    **1/1/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.118 | Nonpriority creditor's name and mailing address |

**John Rochon Jr.**

**c/o JRJR Networks 2950 Harwood Street Su**

$875.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75201**

Basis for the claim:

Date or dates debt was incurred    **1/1/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.119 | Nonpriority creditor's name and mailing address |

**Kaniuk Law Office PA**

**301 Yamato road Suite 2121**

$3,490.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Baco Raton**                    **FL**    **33431**

Basis for the claim:

Date or dates debt was incurred    **11/1/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$105.00** |

**Kathrine Vickers**

**20805 County Road 367**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Walhonding** OH 43843

Basis for the claim:
**Wages, Salaries and Commissions**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **3.121** | Nonpriority creditor's name and mailing address | | **$770.00** |

**Kay Bowling & Trophy Supply**

**1255 Linden Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Zanesville** OH 43701

Basis for the claim:

Date or dates debt was incurred 9/1/2016

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **3.122** | Nonpriority creditor's name and mailing address | | **$825.00** |

**Keim Lumber COMPANY**

**4465 Route 557**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Charm** OH 44654

Basis for the claim:

Date or dates debt was incurred 3/1/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **3.123** | Nonpriority creditor's name and mailing address | | **$40.00** |

**Kelli McVay**

**895 Sharon Glyn Road**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Newark** OH 43055

Basis for the claim:
**Wages, Salaries and Commissions**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.124** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$2,755.00**

**Kelly Mynes**

**690 County Line Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Hopewell** | **OH** | **43746** |
|---|---|---|

**Wages, Salaries and Commissions**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

| **3.125** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$385.00**

**Kenai Penninsula  Borough**

**144 North Binkley Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Soldotona** | **AK** | **99669** |
|---|---|---|

Date or dates debt was incurred    **6/1/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

| **3.126** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,775.00**

**Kentucky  State Treasurer**

**1050 US 127 #100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Frankfort** | **KY** | **40601** |
|---|---|---|

Date or dates debt was incurred    **1/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

| **3.127** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$25,662.00**

**Kravitz, Brown & Dortch**

**Suite 200    65 East State Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Columbus** | **OH** | **43215** |
|---|---|---|

Date or dates debt was incurred    **11/1/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Laura Davis**

**692 McKinney Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

| Newark | OH | 43055 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00** |
|---|---|---|---|

**Laura Seward**

**917-12 Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

| Alexandria | OH | 43001 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,525.00** |
|---|---|---|---|

**Law  Offices of Scott Doody**

**5215 North O'Connor Blvd.  Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Irving | TX | 75039 |
|---|---|---|

Date or dates debt was incurred    **12/31/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,900.00** |
|---|---|---|---|

**Lincoln National Life Insurance**

**1300 South Clinton Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Fort Wayne | IN | 46802 |
|---|---|---|

Date or dates debt was incurred    **12/31/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.132** Nonpriority creditor's name and mailing address

**Linda Bowers**

**1273 Oak Lane**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

| **Zanesville** | **OH** | **43701** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,270.00**

**3.133** Nonpriority creditor's name and mailing address

**Livingston Parrish SCHOOL**

**13909 Florida Blvd.**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Livingston** | **LA** | **70754** |
|---|---|---|

Date or dates debt was incurred  **3/1/2018**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$15.00**

**3.134** Nonpriority creditor's name and mailing address

**Lobo Leather**

**3532 460th Street**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Orange City** | **IA** | **51041** |
|---|---|---|

Date or dates debt was incurred  **1/1/2017**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$11,845.00**

**3.135** Nonpriority creditor's name and mailing address

**Louisianna Dept. of Revenue**

**P.O. Box 201**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Baton Rouge** | **LA** | **70821** |
|---|---|---|

Date or dates debt was incurred  **3/1/2018**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$125.00**

Debtor    **The Longaberger Company**                    Case number (if known)    **18-32124-HDH**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.136** Nonpriority creditor's name and mailing address

**M2 Compliance**

**74075 El Paseo**

**Palm Desert**                **CA**    **92260**

Date or dates debt was incurred    **12/1/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,995.00

---

**3.137** Nonpriority creditor's name and mailing address

**Machinery & Solutions L.L.C.**

**7022 South 42d Street**

**Phoenix**                **AZ**    **85042**

Date or dates debt was incurred    **3/3/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,180.00

---

**3.138** Nonpriority creditor's name and mailing address

**Maine Revenue Service**

**51 Commerce Drive**

**Augusta**                **ME**    **04330**

Date or dates debt was incurred    **1/1/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$680.00

---

**3.139** Nonpriority creditor's name and mailing address

**Marc Mazzeri**

**2633 McKinney**

**Dallas**                **TX**    **75204**

Date or dates debt was incurred    **3/30/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,825.00

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|---|---|---|---|

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.140**    Nonpriority creditor's name and mailing address

**Marriott Hotel Service**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$2,125.00

Date or dates debt was incurred    1/1/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.141**    Nonpriority creditor's name and mailing address

**Massachusettes Dept of Rev**

**P.O. Box 7000**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$510.00

Boston                    MA    02204

Date or dates debt was incurred    1/1/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.142**    Nonpriority creditor's name and mailing address

**McCullough's Tree Service Inc**

**955 Alfred Street**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$885.00

Zanesville                OH    43701

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.143**    Nonpriority creditor's name and mailing address

**Mediate First**

**200 East Robinson Street #700**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$1,040.00

Orlando                   FL    32801

Date or dates debt was incurred    1/1/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.144**  Nonpriority creditor's name and mailing address

Michael Kennedy

4330 Wesleyan Road

Granville                OH      43023

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,110.00**

**3.145**  Nonpriority creditor's name and mailing address

Michigan First Aid & SAFETY CO

16199 Common Road

Roseville                MI      48066

Date or dates debt was incurred    10/1/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$350.00**

**3.146**  Nonpriority creditor's name and mailing address

Midland Inetenational Ltd

9506 La Force Blvd.

Midland                TX      79706

Date or dates debt was incurred    1/1/2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,180.00**

**3.147**  Nonpriority creditor's name and mailing address

Midland International

c/o Jeffrey Sharp, Esq.

21 Middle St.

PO Box 248

Galena                OH      43201

Date or dates debt was incurred    10/31/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$177,000.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.148** Nonpriority creditor's name and mailing address

**Mike Montgomery**

**210 Ridge Road**

**Zanesville**          **OH**    **43701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$875.00**

---

**3.149** Nonpriority creditor's name and mailing address

**Missouri Dept of Revenue**

**301 West High Street**

**Jefferson City**          **MO**    **65101**

Date or dates debt was incurred   **3/1/2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$75.00**

---

**3.150** Nonpriority creditor's name and mailing address

**Molly Phillips**

**100 3rd Street**

**Columbus**          **OH**    **43215**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$195.00**

---

**3.151** Nonpriority creditor's name and mailing address

**Montgomery County**

**451 West Third Street**

**Dayton**          **OH**    **45422**

Date or dates debt was incurred   **1/1/2017**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$155.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.152** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Multi Form Plastics Inc**

**700 Kent Road**

**Batavia**                              **OH     45103**

| Date or dates debt was incurred | **3/15/2017** |
| --- | --- |

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,250.00**

| **3.153** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Muskingum County Treasurer**

**400 Main Street #D**

**Zanesville**                          **OH     43701**

| Date or dates debt was incurred | **12/31/2017** |
| --- | --- |

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$8,290.00**

| **3.154** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Nebraska Dept of Revenue**

**1313 Farnam Street #10**

| Date or dates debt was incurred | **1/1/2018** |
| --- | --- |

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$610.00**

| **3.155** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Nevada Dept of Taxtion**

**2550 Paseo Verde Parkway #180**

**Henderson**                          **NV     89074**

| Date or dates debt was incurred | **1/1/2018** |
| --- | --- |

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$365.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,000.00** |

**New York State**

**PO Box 4127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Binghamton** | **NY** | **12226** |

| Date or dates debt was incurred | **1/31/2018** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

---

| **3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,130.00** |

**Newark Water Dept.**

**34 South Fifth Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Newark** | **OH** | **43055** |

| Date or dates debt was incurred | **12/31/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

---

| **3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |

**Nextec Operating Corp**

**4580 Stephen Circle NW #304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Canton** | **OH** | **44718** |

| Date or dates debt was incurred | **3/12/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

---

| **3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,302.00** |

**NGO PROPANE**

**1500 Grandville Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Newark** | **OH** | **43055** |

| Date or dates debt was incurred | **4/15/2017** | **Is the claim subject to offset?** |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
| --- | --- | --- | --- |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.160 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Niche Group**

**2255 Glades Road Suite 324 Atrium**

**Boca Raton**          FL     **32802-1511**

Date or dates debt was incurred     **10/10/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$86,967.00

| 3.161 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Ohio Dept. of Commerce**

**6606 Tussing Road**

**Reynoldsburg**          OH     **43068**

Date or dates debt was incurred     **1/1/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,730.00

| 3.162 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Ohio Travel Bag**

**6481 Davis Industrial Parkway**

**Solon**          OH     **44139**

Date or dates debt was incurred     **1/1/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$540.00

| 3.163 | Nonpriority creditor's name and mailing address |
| --- | --- |

**One America Retirement Service**

**12770 Coit Road**

**Dallas**          TX     **75251**

Date or dates debt was incurred     **1/1/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.164**   Nonpriority creditor's name and mailing address

**Packard Forest Products, Inc**

**2068 Integrity Drive N**

**Columbus**          **OH**    **43209**

Date or dates debt was incurred     **10/2/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,380.00**

---

**3.165**   Nonpriority creditor's name and mailing address

**PCA-PACKAGING CORP OF AMERICA**

**2510 West Miller Road**

**Garland**          **TX**    **75041**

Date or dates debt was incurred     **12/12/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,935.00**

---

**3.166**   Nonpriority creditor's name and mailing address

**Piedmont Plastics Inc**

**460 A Schrock Road**

**Columbus**          **OH**    **43229**

Date or dates debt was incurred     **2/12/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,435.00**

---

**3.167**   Nonpriority creditor's name and mailing address

**PITNEY BOWES INC**

**1101 Paddock Street**

**Grand Prairie**          **TX**    **75050**

Date or dates debt was incurred     **12/1/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,480.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.168** Nonpriority creditor's name and mailing address

**PMB Helin Donovan**

**12301 Research Blvd. Building 5**

**Austin** **TX** **78759**

Date or dates debt was incurred **12/31/2017**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$38,605.00**

---

**3.169** Nonpriority creditor's name and mailing address

**PR NEWSWIRE Assoc LLC**

**1300 East 9th Street**

**Cleveland** **OH** **44114**

Date or dates debt was incurred **1/1/2016**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$698.00**

---

**3.170** Nonpriority creditor's name and mailing address

**Premier Packaging LLC**

**3900 Produce Road**

**Louisville** **KY** **40218**

Date or dates debt was incurred **1/1/2017**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,555.00**

---

**3.171** Nonpriority creditor's name and mailing address

**Producers Gas Sales**

**1500 Granville Road**

**Newark** **OH** **43055**

Date or dates debt was incurred **12/1/2017**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$23,200.00**

---

| Debtor | **The Longaberger Company** | | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.172** Nonpriority creditor's name and mailing address

**Professional Plastics**

**2060 Luna Road #120**

**Carrollton**      **TX**     **75006**

Date or dates debt was incurred    **11/1/2017**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,235.00**

---

**3.173** Nonpriority creditor's name and mailing address

**Rachel Longaberger Stukey**

**c/o Michael Stavnicky**

**3333 Richmond Rd #370**

**Beachwood**      **OH**     **44122**

Date or dates debt was incurred    **12/11/2017**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,749,729.00**

---

**3.174** Nonpriority creditor's name and mailing address

**Rackspace US INC**

**1 Fanatical Place**

**San Antonio**      **TX**     **78218**

Date or dates debt was incurred    **5/15/2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,040.00**

---

**3.175** Nonpriority creditor's name and mailing address

**Ralph Fisher**

**67 Morgan Avenue**

**Newark**      **OH**     **43055**

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$375.00**

---

Debtor    **The Longaberger Company**      Case number (if known)   **18-32124-HDH**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355.00** |
|---|---|---|---|

**Reliant Ribbon Corp**

**2000 North Stemmons Freeway**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**     **TX**    **75207**

Basis for the claim:

Date or dates debt was incurred    **8/30/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| **3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.00** |
|---|---|---|---|

**Rick Myers**

**521 Hemrock Place**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Newark**     **OH**    **43055**

Basis for the claim: **Wages, Salaries and Commissions**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| **3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,110.00** |
|---|---|---|---|

**RR Donnelley**

**354 West Wacker Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago**     **IL**    **60622**

Basis for the claim:

Date or dates debt was incurred    **8/1/2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| **3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Sabo Co**

**10430 Hoover Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Newark**     **OH**    **43055**

Basis for the claim:

Date or dates debt was incurred    **11/30/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.180 | Nonpriority creditor's name and mailing address |
|---|---|

**SafeCare**

**P.O. Box 3995**

**Atlanta GA**                          GA        30302

Date or dates debt was incurred        **2/5/2017**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,630.00

---

| 3.181 | Nonpriority creditor's name and mailing address |
|---|---|

**SAGE Software**

**2807 Allen Street #377**

**Dallas TX**                          TX        75204

Date or dates debt was incurred        **5/1/2018**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$14,830.00

---

| 3.182 | Nonpriority creditor's name and mailing address |
|---|---|

**Schneider Logistics**

**2177 Williams Road**

**Obetz**                          OH        43207

Date or dates debt was incurred        **3/22/2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$215.00

---

| 3.183 | Nonpriority creditor's name and mailing address |
|---|---|

**SELECT FIRE PROTECTION LLC**

**710 Preservation Street**

**Fairborn**                          OH        45324

Date or dates debt was incurred        **12/1/2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,450.00

---

| Debtor | The Longaberger Company | Case number (if known) | 18-32124-HDH |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.184** Nonpriority creditor's name and mailing address

Simon's Executive Car Service

$690.00

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.185** Nonpriority creditor's name and mailing address

Singerman Mills Desberg

3333 Richmond Road

Beachwood          OH      44122

$25,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred   11/1/2017

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.186** Nonpriority creditor's name and mailing address

Source Management Ltd

38/F, Office Tower, Convention Plaza, 1

Wanchai

Hong Kong, China

$7,370.00

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Vendor

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.187** Nonpriority creditor's name and mailing address

South Fork Ranch

3700 Hogge Drive

Parket          TX      75002

$4,185.00

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred   1/1/2017

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor   **The Longaberger Company**                Case number (if known) **18-32124-HDH**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.188 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$650.00**

**Spectrum Reporting**

**333 Stewart Avenue**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Colombus**               **OH    43206**

Date or dates debt was incurred    **1/1/2018**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.189 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$28,780.00**

**Spooner Inc.**

**450 West Wilson Bridge ROad**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Worthington**               **OH    43085**

Date or dates debt was incurred    **3/1/2018**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.190 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$10.00**

**St Tammany Parrish**

**P.O. Box 1090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Covington**               **LA    70434**

Date or dates debt was incurred    **3/1/2018**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.191 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$16,225.00**

**State Comptroller - Texas**

**400 South Zang Blvd. #900**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas TX**               **TX    75237**

Date or dates debt was incurred    **12/1/2017**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.192** Nonpriority creditor's name and mailing address

**State of Indiana Dept. of Revenue**

**PO Box 1685**

**Indianapolis          IN      46204**

Date or dates debt was incurred          **12/31/2017**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$139,400.00**

---

**3.193** Nonpriority creditor's name and mailing address

**State of Maryland**

**Taxpayer Service Section 110 Carroll St.**

**Annapolis          MD      21411**

Date or dates debt was incurred          **1/31/2018**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$222,196.00**

---

**3.194** Nonpriority creditor's name and mailing address

**State of Ohio**

**PO Box 530**

**Columbus          OH      43215**

Date or dates debt was incurred          **8/1/2017**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$81,500.00**

---

**3.195** Nonpriority creditor's name and mailing address

**State of Rhode Island**

**One Capital Hill**

**Providence          RI      02908**

Date or dates debt was incurred          **3/1/2018**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$75.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,000.00** |
|---|---|---|---|

**State of West Virginia**

**State Capitol Bldg. 1 W-300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Charleston** | **WV** | **25301** |

| Date or dates debt was incurred | **12/31/2015** | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| **3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
|---|---|---|---|

**Sterling Paper Co**

**1200 South Sylvania Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Ft Worth** | **TX** | **76111** |

| Date or dates debt was incurred | **8/15/2016** | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| **3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.00** |
|---|---|---|---|

**Steven Pearce**

**500 W. Wilson Bridge**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages, Salaries and Commissions**

| **Columbus** | **OH** | **43085** |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

| **3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**Stone County Ironworks**

**408 Ironworks Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Mountain View** | **AR** | **72560** |

| Date or dates debt was incurred | **8/8/2017** | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☑ No  ☐ Yes |

Debtor __**The Longaberger Company**_____  Case number (if known) __**18-32124-HDH**__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.200 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$10,230.00

**SX Industries**

☐ Contingent

**77 Gravois Road**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**St. Louis**      **MO**    **63123**

_____

Date or dates debt was incurred    **1/1/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$103,100.00

**Tai Yi**

☐ Contingent

**NO 118 ZHALN SCIENTIFIC AND TECHNOLOGICA**

☐ Unliquidated

**Yixing, China**

☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred    **4/1/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,092,629.00

**Tamala Longaberger**

☐ Contingent

**c/o Steven Tigges**

☐ Unliquidated

**41 S. High Street, Suite 3500**

☐ Disputed

**Basis for the claim:**

**Columbus**      **OH**    **43215**

_____

Date or dates debt was incurred    **4/28/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,775.00

**Tandy Leather Factory**

☐ Contingent

**2100 Morse Road**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Colombus**      **OH**    **43229**

_____

Date or dates debt was incurred    **12/15/2016**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| Debtor | The Longaberger Company | | Case number (if known) | 18-32124-HDH |
|--------|--------------------------|--|------------------------|--------------|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.204**   Nonpriority creditor's name and mailing address

**TekSystems**

**6363 State Highway 161**

**Irving**                    **TX**    **75063**

Date or dates debt was incurred    **2/2/2017**

Last 4 digits of account number    ＿ ＿ ＿ ＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$30,660.00

**3.205**   Nonpriority creditor's name and mailing address

**The Gaslight Group LLC**

**325 East Bay Street**

**Savannah**              **GA**    **31401**

Date or dates debt was incurred    **6/1/2016**

Last 4 digits of account number    ＿ ＿ ＿ ＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$30.00

**3.206**   Nonpriority creditor's name and mailing address

**The Old Trai Printing Co.**

**100 Fornoff Road**

**Columbus**              **OH**    **43207**

Date or dates debt was incurred    **12/15/2017**

Last 4 digits of account number    ＿ ＿ ＿ ＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$59,250.00

**3.207**   Nonpriority creditor's name and mailing address

**The Supreme Court of OF OHIO**

**65 South Front Street**

**Colombus**              **OH**    **43215**

Date or dates debt was incurred    **1/1/2017**

Last 4 digits of account number    ＿ ＿ ＿ ＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.208** Nonpriority creditor's name and mailing address

**Thermoform Products, LLC**

**1777 Commerce Drive**

**Stow**　　　　**OH**　　**44244**

| Date or dates debt was incurred | **8/13/2017** |
|---|---|

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$22,450.00**

**3.209** Nonpriority creditor's name and mailing address

**Timber Products of Iron Mountain**

**611 North Industrial Drive**

**Iron Mountain**　　　**MI**　　**49801**

| Date or dates debt was incurred | **6/12/2017** |
|---|---|

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$13,765.00**

**3.210** Nonpriority creditor's name and mailing address

**Tina Smythe**

**8300 Dresden Road**

**Dresden**　　　　**OH**　　**43821**

| Date or dates debt was incurred | **4/15/2018** |
|---|---|

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$29,140.00**

**3.211** Nonpriority creditor's name and mailing address

**Town of Silverthorne Co**

**601 Center Circle**

**Silverthorne**　　　**CO**　　**80498**

| Date or dates debt was incurred | **3/1/2018** |
|---|---|

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$10.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.212** Nonpriority creditor's name and mailing address

**Town of Windsor**

**P.O.Box 223**

**Windsor**　　　　　**OH**　　**44099**

Date or dates debt was incurred　　**3/1/2018**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

**$115.00**

**3.213** Nonpriority creditor's name and mailing address

**Toyota Financial Services**

**6565 Headquarters Drive**

**Plano**　　　　　**TX**　　**75024**

Date or dates debt was incurred　　**12/1/2017**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

**$11,250.00**

**3.214** Nonpriority creditor's name and mailing address

**Tucker Gagen**

**Leon Capital Group 3500 Maple Avenue #16**

**Dallas**　　　　　**TX**　　**75219**

Date or dates debt was incurred　　**7/1/2017**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

**$10,000.00**

**3.215** Nonpriority creditor's name and mailing address

**ULINE**

**12575 ULINE Drive**

**Pleasant Prarie**　　　　　**WI**　　**53158**

Date or dates debt was incurred　　**11/1/2017**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

**$38,370.00**

Debtor    **The Longaberger Company**    Case number (if known)    **18-32124-HDH**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.216**  Nonpriority creditor's name and mailing address

**United Healthcare**

**901 Main Street**

**Dallas**                        **TX**    **75202**

Date or dates debt was incurred    **6/1/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$64,500.00**

**3.217**  Nonpriority creditor's name and mailing address

**United Refrigeration Inc**

**985 Joyce Avenue**

**Colombus**                    **OH**    **43219**

Date or dates debt was incurred    **1/1/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$205.00**

**3.218**  Nonpriority creditor's name and mailing address

**United Silicone**

**4471 Walden Avenue**

**Lancaster**                    **NY**    **14086**

Date or dates debt was incurred    **5/2/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,930.00**

**3.219**  Nonpriority creditor's name and mailing address

**UPS**

**56 Glenlake Parkway NE**

**Atlanta**                    **GA**    **94025**

Date or dates debt was incurred    **5/23/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$348,922.00**

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.220** Nonpriority creditor's name and mailing address

**UPS Supply Chain Solutions**

**1555 West 23rd Street**

**Dallas**                    **TX    75261**

| Date or dates debt was incurred | **8/1/2017** |
|---|---|

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,895.00

---

**3.221** Nonpriority creditor's name and mailing address

**Vermont Dept of Taxes**

**133 State Street**

**Montpelier**                    **VT    05602**

| Date or dates debt was incurred | **3/1/2018** |
|---|---|

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$120.00

---

**3.222** Nonpriority creditor's name and mailing address

**Vigar Industrial Co Ltd**

**B Chong Ming Bldg. 72**

**Wan Kowloon, HK**

| Date or dates debt was incurred | **1/1/2016** |
|---|---|

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$8,880.00

---

**3.223** Nonpriority creditor's name and mailing address

**Vision Service Plan OH**

**Omaha**                    **NE    68102**

| Date or dates debt was incurred | **1/1/2016** |
|---|---|

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$580.00

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.224**  Nonpriority creditor's name and mailing address

**Waste Management of Ohio Inc**

**1700 North Broad Street**

**Fairborn**                    **OH     45324**

Date or dates debt was incurred        **12/1/2017**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$9,665.00**

**3.225**  Nonpriority creditor's name and mailing address

**West IP Communications**

**401 South Fourth Street**

**Louisville**                    **KY     40202**

Date or dates debt was incurred        **5/1/2018**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$2,257.00**

**3.226**  Nonpriority creditor's name and mailing address

**Weston Hurd LLP**

**10 West Broad Street #2400**

**Columbus**                    **OH     43215**

Date or dates debt was incurred        **8/30/2017**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$30,535.00**

**3.227**  Nonpriority creditor's name and mailing address

**Wingert Grebing Brubaker & Jus**

**600 West Broadway Suite 1200**

**San Diego**                    **CA     92101**

Date or dates debt was incurred        **12/1/2015**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$1,817.00**

Debtor   **The Longaberger Company**                     Case number (if known)   **18-32124-HDH**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.228**   Nonpriority creditor's name and mailing address

**Winn Parrish School Board**

**304 East Court Street**

**Winfield**                     **LA**     **71483**

Date or dates debt was incurred     **3/1/2018**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$10.00**

---

**3.229**   Nonpriority creditor's name and mailing address

**Wixon Inc**

**1390 East Bolivar Avenue**

**St. Francis**                     **WI**     **53235**

Date or dates debt was incurred     **2/2/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$9,845.00**

---

**3.230**   Nonpriority creditor's name and mailing address

**Wolfe Paper Co. Inc.**

**681 Moore Road #D**

**Avon Lake**                     **OH**     **44012**

Date or dates debt was incurred     **12/31/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$18,760.00**

---

**3.231**   Nonpriority creditor's name and mailing address

**Wood Law Limited**

**68 North High Street, Building B, Suite**

**New Albany**                     **OH**     **43054**

Date or dates debt was incurred     **12/31/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$2,250.00**

---

| Debtor | **The Longaberger Company** | Case number (if known) | **18-32124-HDH** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.232** | Nonpriority creditor's name and mailing address

YiYou Metal Co.

Fuan Industrial Park, No. 578

Binzhou Road

Jiozhou

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**   3/1/2015

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

**$53,000.00**

**3.233** | Nonpriority creditor's name and mailing address

Zanesville Postmaster

1035 Zane Street

Zanesville            OH      43701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**   12/31/2017

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

**$34,700.00**

Debtor    __The Longaberger Company_____    Case number (if known) __18-32124-HDH__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**                    5a.    _____$0.00__

5b.  **Total claims from Part 2**                    5b. **+** _____$9,499,598.53__

5c.  **Total of Parts 1 and 2**                      5c.    _____$9,499,598.53__
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name      **The Longaberger Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number      **18-32124-HDH**              Chapter      **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse<br>Lease ends 1/26/2020 | Frueh Eastpointe, LLC |
| | | | 4005 All American Way |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | Zanesville      OH      43701 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Patio Shops<br>Ends 12/1/2019 | Jim Lepi |
| | | | 600, 602, 606, 608 Main Street |
| | State the term remaining | 2 years | |
| | List the contract number of any government contract | | Dresden      OH      43821 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Contract/Lease<br>Office Space<br>Ends 12/1/2019 | Jim Lepi |
| | | | 601 Main Street |
| | State the term remaining | 2 years | |
| | List the contract number of any government contract | | Dresden      OH      43821 |

**Fill in this information to identify the case:**

Debtor name **The Longaberger Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-32124-HDH**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **The Longaberger Company**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF TEXAS**

Case number (if known):    **18-32124-HDH**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

**1.    Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B............................................................................ | **$100,000.00** |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B...................................................................... | **$13,867,813.72** |
| 1c. **Total of all property** Copy line 92 from Schedule A/B............................................................................ | **$13,967,813.72** |

## Part 2:    Summary of Liabilities

| | |
|---|---|
| **2.    Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$13,864,989.00** |
| **3.    Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... | **$0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+    $9,499,598.53** |
| **4.    Total liabilities** Lines 2 + 3a + 3b................................................................................................... | **$23,364,587.53** |

**Fill in this information to identify the case and this filing:**

Debtor Name  **The Longaberger Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **18-32124-HDH**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/25/2018**       X **/s/ John P. Rochon** _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

**John P. Rochon** _____
Printed name

**Chairman** _____
Position or relationship to debtor