**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 18-32124　SGJ　Judge: STACEY G. JERNIGAN | Trustee Name: ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | THE LONGABERGER COMPANY | Date Filed (f) or Converted (c): 10/26/18 (c) |
| | | 341(a) Meeting Date: 11/27/18 |
| For Period Ending: | 12/31/22　(5th reporting period for this case) | Claims Bar Date: 02/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CENTURY NATIONAL BANK - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 5. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 6. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 7. Accounts Receivable<br>　OVER 90 DAYS OLD<br>　*UNCOLLECTABLE | 29,795.42 | 29,795.42 | | 0.00 | FA |
| 8. NON-PUBLICLY TRADED STOCKS/INTERESTS<br>　TMRCL HOLDING CO. - 100% | 0.00 | 0.00 | | 0.00 | FA |
| 9. NON-PUBLICLY TRADED STOCK AND INTERESTS<br>　TMRCL HOLDING, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. NON-PUBLICLY TRADED STOCK AND INTERESTS<br>　THE LONGABERGER COMPANY CANADA | 0.00 | 0.00 | | 0.00 | FA |
| 11. FINISHED GOODS - BASKETS - COST BASIS<br>　SEE ATTACHED EXHIBIT "A"<br>　COGS IS 23%.  ASSUMING THAT, RETAIL VALUE IS APPROXIMATELY $10,910,252. | 2,509,358.00 | 2,509,358.00 | | 94,680.04 | FA |
| 12. OFFICE FURNITURE AND EQUIPMENT | 100,985.94 | 100,985.94 | | 0.00 | FA |
| 13. OFFICE EQUIPMENT- INCLUDING COMP EQUIP/SOFTWARE | 1,187,674.36 | 1,187,674.36 | | 0.00 | FA |
| 14. REAL PROPERTY - MUSKINGUM COUNTY, OHIO<br>　APN 10-04-06-01-000　LAND<br>　*NOTICE OF INTENT TO ABANDON TO BE FILED - TAXES DUE | 100,000.00 | 100,000.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 18-32124 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | THE LONGABERGER COMPANY | | | Date Filed (f) or Converted (c): | 10/26/18 (c) |
| | | | | 341(a) Meeting Date: | 11/27/18 |
| | | | | Claims Bar Date: | 02/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| WORTH MORE THAN THE LOT | | | | | |
| 15. TRADEMARKS | 15,000.00 | 15,000.00 | | 125,000.00 | FA |
| 16. DOMAIN NAMES | 5,000.00 | 5,000.00 | | 125,000.00 | FA |
| 17. CUSTOMER LISTS | 20,000.00 | 20,000.00 | | 125,000.00 | FA |
| 18. CAUSES OF ACTIONS AGAINST THIRD PARTIES   JRJR33, INC. DBA JRJR NETWORKS V. TAMALA LONGABERGER, INDIVIDUALLY AND A TRUSTEE UNDER THE TAMALA L. LONGABERGER REVOCABLE TRUST CASE #DC-16-12594.   BREAH OF REPS & WARRANTIES | 10,000,000.00 | 10,000,000.00 | | 0.00 | 10,000,000.00 |
| 19. FROST BANK - DIP (u) | 0.00 | 5,395.05 | | 5,395.05 | FA |
| 20. D&O SETTLEMENT (u) | 0.00 | 1,600,000.00 | | 1,652,590.51 | 0.00 |
| TOTALS (Excluding Unknown Values) | $13,967,813.72 | $15,573,208.77 | | $2,127,665.60 | Gross Value of Remaining Assets $10,000,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS RELATED TO JRJR33, INC. 18-32123 AND WILL CLOSE AT APPROXIMATELY THE SAME TIME. ESTIMATED DATE OF CLOSING IS 12/31/2023.

Initial Projected Date of Final Report (TFR): 11/01/19    Current Projected Date of Final Report (TFR): 12/31/23

LFORM1    Ver: 22.07f